# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Martin

|  |  |
|---|---|
| CASE NUMBER: | 1:12-cv-215 |

V.

|  |  |
|---|---|
| ASSIGNED JUDGE: | Der-Yeghiayan |

Dun & Bradstreet, Inc. and
Convergys Customer Management Group, Inc.

|  |  |
|---|---|
| DESIGNATED MAGISTRATE JUDGE: | Denlow |

TO: (Name and address of Defendant)

Dun & Bradstreet, Inc.
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander H. Burke; Burke Law Offices, LLC
155 N. Michigan Ave, Suite 9020
Chicago, IL 60601
312-729-5288
ABurke@BurkeLawLLC.com

an answer to the complaint which is herewith served upon you, within ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

(By) THOMAS G. BRUTON, CLERK

*/s/ Nadine Hurley*

(By) DEPUTY CLERK



DATE

January 13, 2012

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/13/2012 |
| NAME OF SERVER (PRINT) HIRAM A. PADILLA | TITLE messenger |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Served on CT Corp 208 S. LaSalle, Chicago IL, registered agent

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01/13/12
*Date*

*Signature of Server*

485 N. Milwaukee Chicago, Ill.
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.