UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:12-cv-00215 |
| | ) | |
| DUN & BRADSTREET, INC. and | ) | Judge Der-Yeghiayan |
| CONVERGYS CUSTOMER MANAGEMENT | ) | |
| GROUP INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CONVERGYS CUSTOMER MANAGEMENT GROUP INC.'S
LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant Convergys Customer Management Group Inc. submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

    All publicly held affiliates of the party:    Convergys Corporation


Date: January 27, 2012

Respectfully submitted,

**CONVERGYS CUSTOMER
MANAGEMENT GROUP INC.**

By:    /s/ Albert E. Hartmann
        One of Its Attorneys

Albert E. Hartmann (ARDC # 06256064)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: 312-368-2142
F: 312-630-7317
Email: albert.hartmann@dlapiper.com

1

2

## **CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on January 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                              s/ Albert E. Hartmann
                                              Albert E. Hartmann

EAST\47812554.2