IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARTIN, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:12-cv-00215 |
| DUN & BRADSTREET, INC. and CONVERGYS CUSTOMER MANAGEMENT GROUP INC., | ) Judge Der-Yeghiayan |
| | ) Magistrate Judge Denlow |
|     Defendants. | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendants, Convergys Customer Management Group Inc. ("Convergys") and Dun & Bradstreet, Inc. ("Dun & Bradstreet"), by their counsel, hereby move this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Class Action Complaint, and in support thereof states as follows:

1. Pursuant to service of summons, Defendant Convergys is required to answer or otherwise plead to the Complaint in this case by February 3, 2012. (ECF #8.)

2. Pursuant to service of summons, Defendant Dun & Bradstreet is required to answer or otherwise plead to the Complaint in this case by February 3, 2012. (ECF #7.)

3. The allegations of the Class Action Complaint relate to alleged violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227.

4. Defendants are in the process of gathering records concerning the allegations contained in the Class Action Complaint so that they may fully address, and defend themselves against, the claims asserted in the Class Action Complaint.

5. Defendants respectfully request that this Court extend their time to answer or otherwise plead to March 3, 2012.

EAST\47812785.2

1

6.      Counsel for the Plaintiff does not oppose the proposed extension.

7.      Defendants' motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Defendants respectfully request that this Court grant their motion for an extension of time to answer or otherwise plead in response to the Class Action Complaint up to and including March 3, 2012.

Date: January 27, 2012                      Respectfully submitted,

**CONVERGYS CUSTOMER MANAGEMENT GROUP INC.**

By:   /s/ Albert E. Hartmann
        One of Its Attorneys

Albert E. Hartmann (ARDC #06256064)
DLA PIPER US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
T: 312-368-2142
F: 312-630-7317
Email: albert.hartmann@dlapiper.com

Respectfully submitted,

**DUN & BRADSTREET, INC.**

By:   /s/ Bart T. Murphy  (by permission)
        One of Its Attorneys

Bart T. Murphy
ICE MILLER LLP
2300 Cabot Drive, Suite 455
Lisle, Illinois 60532
T: 630-955-6392
F: 630-955-4271
Email: bart.murphy@icemiller.com

## **CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on January 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                                             s/ Albert E. Hartmann
                                                             Albert E. Hartmann