**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS MARTIN, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, v. | ) Case No.12-cv-215 ) ) |
| DUN & BRADSTREET, INC., and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) ) |
| Defendants. | ) ) |

**DUN & BRADSTREET INC.'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND
LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant, Dun & Bradsteet, Inc. ("D&B"), by its attorneys Ice Miller LLP, hereby submits its Corporate Disclosure Statement pursuant to FED. R. CIV. P. 7.1 and its Notification as to Affiliates pursuant to Local Rule 3.2 of the Northern District of Illinois.

**A.  FRCP 7.1 DISCLOSURE**

Defendant D&B is a wholly-owned subsidiary of The Dun & Bradstreet Corporation. No publicly-held corporation owns 10% or more of The Dun & Bradstreet Corporation's stock.

**B.  L.R. 3.2 NOTIFICATION AS TO AFFILIATES**

Defendant D&B is a wholly-owned subsidiary of The Dun & Bradstreet Corporation.

Respectfully submitted,

DUN & BRADSTREET, INC.

By:   /s/ Isaac J. Colunga
         One of its Attorneys

Bart T. Murphy
Thomas Hayes
Isaac J. Colunga
**ICE MILLER LLP**
2300 Cabot Dr., Suite 455
Lisle, Illinois  60532
630-955-6124

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, states that on February 17, 2012, he caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois, and a copy of which will be served on all counsel of record by the Clerk's ECF/CM system:

  Alexander H. Burke           aburke@burkelawllc.com

            s/Isaac J. Colunga

            Isaac J. Colunga
            **ICE MILLER LLP**
            2300 Cabot Dr., Suite 455
            Lisle, Illinois 60532
            630-955-6124