# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Nicholas Martin

                                Plaintiff,

v.                                                         Case No.: 1:12–cv–00215
                                                                   Honorable Morton Denlow

Dun & Bradstreet, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 9, 2012:

       MINUTE entry before Honorable Morton Denlow:Motion hearing held on 7/9/2012. Plaintiff's motion to compel [33] is granted. All outstanding discovery issued by Plaintiff to defendant Dun & Bradstreet to be responded to by 8/15/2012 unless otherwise agreed to by Plaintiff's counsel. Status hearing set for 8/7/2012 is stricken and reset to 8/21/2012 at 10:00 A.M.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.