# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Nicholas Martin

                              Plaintiff,

v.                                                        Case No.: 1:12–cv–00215

                                                                Honorable Morton Denlow

Dun & Bradstreet, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 21, 2012:

      MINUTE entry before Honorable Morton Denlow:Status hearing held on 8/21/2012 and continued to 12/6/2012 at 10:00 a.m. For the reasons stated in open court, Plaintiff's motion for Class Certification [4] is granted without prejudice subject to the Defendants seeking to decertify the class on or before 12/19/2012. The class is hereby defined as all persons nationwide who defendant or some person on its behalf called on their cell phone using a device that has the capacity to dial numbers without human intervention, where defendant obtained the phone number from some source other than directly from the called party, where any call was made between and including a date two years prior to the filing of this action, ongoing.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.