IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated,<br>    Plaintiff,<br><br>            v.<br><br>DUN & BRADSTREET, INC., and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC.<br>    Defendants. | 1:12-cv-215<br><br>Magistrate Judge Denlow<br>(by consent)<br><br>JURY DEMANDED |

## NOTICE OF MOTION

To:
    ECF Counsel of Record.

You are hereby notified that plaintiff has filed **Plaintiff's Motion for Clarification of Class Certification Ruling** and will appear on **September 12, 2012, at 9:15 am** in front of **Judge Denlow** in **Courtroom 1350** of the Everett McKinley Dirksen Building, United States Courthouse 219 South Dearborn Street, Chicago, IL 60604 to present such to the Court.

/s/Alexander H. Burke

Alexander H. Burke
**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com

## CERTIFICATE OF SERVICE

I, Alexander H. Burke, hereby certify that this Motion and Notice of Motion were served upon counsel of record through the ECF system for the Northern District of Illinois.

/s/Alexander H. Burke