UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Nicholas Martin
                              Plaintiff,

v.                                                   Case No.: 1:12–cv–00215
                                                         Honorable Morton Denlow

Dun & Bradstreet, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2012:

      MINUTE entry before Honorable Morton Denlow:Motion hearing held on 9/12/2012. For the reasons stated in open court, Plaintiff's motion for clarification on class certification [38] is granted. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.