# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that Daniel G. Martin has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective October 1, 2012; therefore

Pursuant to Internal Operating Procedure 17, the attached list of civil cases previously pending before Magistrate Judge Morton Denlow are hereby reassigned to Magistrate Judge Martin.

It is further ordered that the attached list of civil referrals previously before Magistrate Judge Denlow are hereby transferred to Magistrate Judge Martin.

It is further ordered that Magistrate Judge Martin is to become the designated magistrate judge pursuant to Local Rule 72.1 in any pending civil or criminal case where Magistrate Judge Denlow was the designated magistrate judge as of September 30, 2012.

It is further ordered that, unless otherwise ordered by Magistrate Judge Martin, all hearing dates, deadlines, and schedules set by Magistrate Judge Denlow in the attached list of cases are to remain in effect.

IT IS FURTHER ORDERED that this order is to become effective on October 1, 2012.

**ENTER:**

**FOR THE COURT**

*[signature: James F. Holderman]*
Chief Judge

Dated at Chicago, Illinois this __1st__ day of October, 2012.

**Civil Consent Cases to be Reassigned to Magistrate Judge Daniel G. Martin Martin**

| Case Number | Case Title |
| --- | --- |
| 09 C 02803 | Carrillo v. City of Chicago |
| 10 C 03574 | Posey v. Pruger, et al. |
| 10 C 03859 | Perkins v. Strogers, et al. |
| 10 C 03958 | Jones v. City of Chicago, et al. |
| 10 C 07392 | Case v. Town of Cicero, et al. |
| 11 C 04237 | Graziani v. Target Corporation |
| 11 C 05282 | Moreno v. Berwyn Fruit Market, Inc., et al, |
| 11 C 05412 | Moore v. Astrue |
| 11 C 06127 | Carmer v. Sunmist Restaurant, Inc. et al, |
| 11 C 07025 | Enright v. G.R. Signagra Corporation, et al. |
| 11 C 07080 | Richardson v. Astrue |
| 11 C 07093 | Gallardo, et al. v. Southwest Airlines Co. |
| 11 C 07146 | Gillim v. Astrue |
| 11 C 07471 | Avery v. Astrue |
| 11 C 09044 | Redman v. Take Care Health Systems, LLC, et al. |
| 11 C 09086 | Klein v. CDW Corporation |
| 11 C 09198 | Furch v. Astrue |
| 12 C 00215 | Martin v. Dun & Bradstreet, Inc., et al. |
| 12 C 00423 | Marquis v. Avalonbay Communities, Inc., et al. |
| 12 C 01397 | Brinkman v. Astrue |
| 12 C 01750 | Brown v. Astrue |

| | |
|---|---|
| 12 C 02907 | Mazzucca v. Astrue |
| 12 C 03298 | Warren v. Commissioner of Social Security |
| 12 C 04024 | BC-USA, Inc., et al. vs. Churny Company, Inc. |
| 12 C 04147 | Passarella v. NFI Interactive Logistics, LLC |
| 12 C 04323 | McFee v. Menard, Inc. |
| 12 C 05272 | Myers v. Astrue |
| 12 C 05488 | Harvard v. Astrue |

**Referrals to be Transferred to Magistrate Judge Daniel G. Martin**

| Case Number | Case Title | District Judge |
|---|---|---|
| 05 C 07097 | In re: Ameriquest Mortgage Company | Aspen |
| 08 C 04206 | Baig v. The Coca-Cola Company | Lee |
| 08 C 05127 | DH Holdings, LLC v. Meridian Link, Inc. | Coleman |
| 08 C 07464 | Carter v. Dolan | Zagel |
| 09 C 01521 | Edge Capture LLC v. Barclays Bank | Norgle |
| 09 C 06379 | Allstate Ins. v. Electrolux Home Prod. | Dow |
| 09 C 06914 | Snap-on Inc. v. Robert Bosch, LLC | Kocoras |
| 10 C 02101 | Davidson v. Schneider | Lefkow |
| 10 C 02121 | Centerpoint Energy v. WR Property | Kendall |
| 10 C 03176 | United Central Bank v. Dany Investment | Nordberg |
| 10 C 03327 | Humphrey v. United States of America | Nordberg |
| 10 C 03502 | Guirola de David v. Alaron Trading Corp. | Gettleman |

| | | |
|---|---|---|
| 10 C 03699 | Jamal Taylor v. Warden Ramos | Coleman |
| 10 C 03700 | Taylor v. Stateville Dept of Correction | Coleman |
| 10 C 04529 | Divane, Jr. v. Power & Lighting Systems | Manning |
| 10 C 04603 | Lippert v. Ghosh | Castillo |
| 10 C 04962 | Anderson v. Dart | Chang |
| 10 C 05135 | Ezell, et al., v. City of Chicago | Kendall |
| 10 C 07046 | Allison v. Board of Education of Plainfield | Marovich |
| 10 C 07340 | Palmer v. Dollar Tree | Dow |
| 10 C 08137 | Sutton v. Wiles | Nordberg |
| 11 C 00034 | Reliford v. Trotter's | Nordberg |
| 11 C 00720 | Miche Bag, LLC v. Be You, LLC | Aspen |
| 11 C 01005 | Johnson v. Hoover Schrum School Dist. 157 | Shadur |
| 11 C 03621 | Collazo v. East-West University, Inc. | Coleman |
| 11 C 03873 | Jubeh v. Dart | Tharp |
| 11 C 04016 | Amer. Nat'l. Ins. v. Amer. Nat' Investment | Lee |
| 11 C 04560 | White v. United Credit Union | Shadur |
| 11 C 04599 | Lopez v. Pactiv Corporation | Feinerman |
| 11 C 04990 | Hernandez-Martinez v. Chipotle Grill | Gottschall |
| 11 C 06040 | Metropolitan Life Insurance v. Elium | Lee |
| 11 C 06546 | Rodriguez v. Best Buy Stores | Lee |
| 11 C 06860 | Dixon v. Schaefer | Manning |
| 11 C 07298 | State Farm v. Whirlpool Corporation | Nordberg |
| 11 C 07601 | Shepard v. Lustig | Darrah |

| | | |
|---|---|---|
| 11 C 08465 | Ballou v. I-Talk Wireless, LLC | Tharp |
| 11 C 09295 | Aguilar v. El Ranchito Restaurant Corp. | Bucklo |
| 12 C 00218 | Rolowicz v. Circ. Court Cook County Clerk | Lefkow |
| 12 C 00344 | Dixon v. Burkybile | Manning |
| 12 C 00465 | Rodgers v. Randle | Darrah |
| 12 C 01201 | O'Brien v. Anderson | Chang |
| 12 C 01203 | Prestige Capital Corp. v. Cooney & Corso | St. Eve |
| 12 C 01216 | Patterson v. Leading Edge Recovery | Coleman |
| 12 C 01255 | Woods v. Commonwealth Edison | Pallmeyer |
| 12 C 01276 | Stellar Records, Inc. v. Roberson | Feinerman |
| 12 C 02353 | Seiser v. City of Chicago | Holderman |
| 12 C 02431 | U.S. CFTC v. WorthBullion Group, Inc. | Nordberg |
| 12 C 02498 | Smart Options, LLC v. Jump Rope, Inc. | St. Eve |
| 12 C 02546 | Qtopia Incorporated v. Trend Micro, Inc. | Lee |
| 12 C 03012 | Roden v. CF Management IL, LLC | Nordberg |
| 12 C 03496 | FDIC v. Geras | Chang |
| 12 C 04987 | Hu v. U of I Chicago Board of Trustees | Pallmeyer |
| 12 C 05138 | DePeralta v. Donahoe | Manning |
| 12 C 05991 | Hancock v. J.D. Corporation | Kendall |