# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Nicholas Martin

                         Plaintiff,

v.                                        Case No.: 1:12–cv–00215

                                                   Honorable Daniel G. Martin

Dun & Bradstreet, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2012:

       MINUTE entry before Honorable Daniel G. Martin:Status hearing held and continued to 1/22/2013 at 9:30 a.m. Counsel reported that the parties are actively mediating the case through Seventh Circuit Settlement Conference Program. The deadline for Defendants to seek to decertify the class is extended to 2/4/2013. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.