**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Nicholas Martin | ) | Case No: 12-cv-00215 |
| | ) | |
| v. | ) | |
| | ) | Judge: Daniel G. Martin |
| | ) | |
| Dun & Bradstreet, Inc. et al | ) | |
| | ) | |

**<u>ORDER</u>**

After careful consideration, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement [55] is granted. Enter Preliminary Approval Order. As set forth in the Preliminary Approval Order, the following deadlines apply: class notice mailed by 7/31/2013; deadline for objections/exclusions is 9/30/2013; deadline for submission of claims is 10/7/2013. Final approval hearing is set for 11/19/2013 at 10:30 a.m. in Courtroom 1350.

Date: July 16, 2013

/s/ Daniel G. Martin

United States Magistrate Judge