IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS MARTIN on behalf of himself and others similarly situated, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DUN & BRADSTREET, INC., and )<br>CONVERGYS CUSTOMER MANAGEMENT )<br>GROUP, INC. )<br>    Defendants. | 1:12-cv-215<br><br>Magistrate Judge Martin<br>(by consent)<br><br>JURY DEMANDED |

REPORT OF NO OBJECTION PURSUANT TO
CLASS ACTION FAIRNESS ACT

Pursuant to the Court's Order of November 19, 2013 [Docket Entry 60], plaintiff reports that no party has had communication with any attorney general's office, or any other any government entity, regarding the proposed class action settlement.

In other words, CAFA notice was effectuated on October 11, 2013 [Docket Entry 59-3 at p.5], and ninety days have passed without any objection to this settlement.

Respectfully submitted,

/s/Alexander H. Burke

**BURKE LAW OFFICES, LLC**
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com