IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS MARTIN, on behalf of himself and others similarly situated, | ) ) ) | Case No. 1:12-cv-00215 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DUN & BRADSTREET, INC. and CONVERGYS CUSTOMER MANAGEMENT GROUP, INC., | ) ) ) | Hon. Mag. Judge Daniel G. Martin |
| Defendants | ) | |

**UNOPPOSED MOTION FOR *CY PRES* DISTRIBUTION**

Pursuant to the parties' class action settlement agreement in this matter, plaintiff Nicholas Martin hereby requests that the Court approve distribution of remaining settlement funds to *cy pres*, and states as follows:

1. This class action alleges that defendants Dun & Bradstreet, Inc. and Convergys Customer Management Group, Inc. made calls to the cellular telephone numbers of plaintiff and others using an automatic telephone dialing system, in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227.

2. On January 16, 2014, the Court entered final approval of the parties' class action settlement of this matter which, after the submission of claims, required defendants' payment of $4.9 million in settlement benefits. No class member objected to the settlement.

3. Since final approval, the claims administrator, A.B. Data, Ltd., has distributed all settlement funds in accordance with the parties' settlement agreement and this Court's final

1

approval order, ECF No. 63, and reports that a total of $88,447.80 in uncashed checks remains after such distribution.

4. Pursuant to the Settlement Agreement, ¶ 1.25(b), any amounts left remaining in the settlement fund in uncashed checks and similar leftover funds are to be distributed to a Court-approved *cy pres* recipient.

5. The parties propose an equal *cy pres* distribution of any remaining settlement funds to the National Consumer Law Center and Electronic Frontier Foundation, two non-profit organizations that work to promote the protection of consumer privacy, the interest Congress sought to protect in enacting the TCPA. *See* https://www.nclc.org/issues/consumer-privacy.html, and https://www.eff.org/about.

WHEREFORE, plaintiff Nicholas Martin respectfully requests that the Court approve National Consumer Law Center and Electronic Frontier Foundation as *cy pres* recipients, and order that all remaining settlement funds be distributed equally between them.

Dated: February 22, 2016                                  Respectfully submitted,

                                                          NICHOLAS MARTIN, on behalf of
                                                          himself and others similarly situated

                                                          By:  /s/ Daniel J. Marovitch

Alexander H. Burke
Daniel J. Marovitch
BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 fax
ABurke@BurkeLawLLC.com
DMarovitch@BurkeLawLLC.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2016, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                                               /s/ Daniel J. Marovitch