# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Nicholas M Martin

                              Plaintiff,

v.                                                          Case No.: 1:12−cv−00215

                                                                                 Honorable Daniel G. Martin

Dun & Bradstreet, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 22, 2016:

       MINUTE entry before the Honorable Daniel G. Martin:Plaintiff's Unopposed Motion for Cy Pres Distribution [68] is granted. The Court approves the National Consumer Law Center and the Electronic Frontier Foundation as cy pres recipients, and all remaining settlement funds shall be distributed equally between them. No appearance is required on the motion on 2/25/2016. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.